THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANIA VILLALON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | No. 2:21-cv-01148-BJR<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Ania Villalon and Defendant T-Mobile USA, Inc., ("the Parties"), stipulate that T-Mobile's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of 30 days, through October 20, 2021.

Good cause exists for this extension, as there is a pending motion before the Judicial Panel on Multidistrict Litigation ("JPML") regarding transfer and coordination or consolidation of related cases for pretrial proceedings under 28 U.S.C. § 1407, filed on August 23, 2021. *See In re T-Mobile Customer Data Security Breach Litigation.*, MDL Docket No. 3019 (ECF No. 1). The plaintiffs in another case, *Daruwalla v. T-Mobile USA, Inc.*, No. 2:21-cv-1118 (W.D. Wash. filed Aug. 19, 2021), filed the transfer motion and identified this case, and numerous others, as related cases that should be transferred. *Id.* (ECF Nos. 1, 8-1, 11, 20). The additional 30 days will

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER
COMPLAINT
(No. 2:21-cv-01148-BJR) - 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

153888364.1

conserve judicial resources by allowing T-Mobile to assess the pending JPML motion and continue discussions with Plaintiffs' counsel here and counsel in the related cases before responding to Plaintiffs' Complaint.

Dated: September 16, 2021

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
KOSullivan@perkinscoie.com
LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice* forthcoming)
**ALSTON& BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

By: /s/ *Beth E. Terrell*
Beth E. Terrell, WSBA No. 26759
**TERRELL MARSHALL LAW GROUP PLLC**
936 N. 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
E-Mail: bterrell@terrellmarshall.com

Kevin Laukaitis (*pro hac vice* forthcoming)
Jonathan Shub (*pro hac vice*)
**SHUB LAW FIRM LLC**

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER
COMPLAINT
(No. 2:21-cv-01148-BJR) - 2
153888364.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

134 Kings Highway East, 2nd Floor
Haddonfield, New Jersey 08033
Telephone: (856) 772-7200
Facsimile: (856) 210-9088
E-Mail: klaukaitis@shublawyers.com
        jshub@shublawyers.com

*Attorneys for Plaintiff, Individually and on Behalf of all Others Similarly Situated*

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER
COMPLAINT
(No. 2:21-cv-01148-BJR) - 3
153888364.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# ORDER

IT IS SO ORDERED.

Dated this 17th day of September 2021.

s/Barbara J. Rothstein
Barbara J. Rothstein
U.S. District Court Judge

Presented by:

/s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
        KOSullivan@perkinscoie.com
        LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice* forthcoming)
**ALSTON& BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT
(No. 2:21-cv-01148-BJR) - 4
153888364.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone:  206.359.8000
Fax:  206.359.9000